

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Wolfe Margolies**
             **Docket No. 23-370**

Dear Ms. Wolfe,

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in this case.

    Thank you very much for the Court's consideration.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney
                  Southern District of New York


                  /s/ Mary E. Bracewell
                  Mary E. Bracewell
                  Assistant U.S. Attorney
                  (212) 637-2218