**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 02, 2023<br>Docket #: 23-370pr<br>Short Title: Margolies v. United States of America | DC Docket #: 22-cv-3489<br>DC Court: SDNY (NEW YORK CITY)DC Docket #: 1:19-cr-178-1<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Wood |

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for a certificate of appealability filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, August 15, 2023.

Inquiries regarding this case may be directed to 212-857-8595.