S.D.N.Y. – N.Y.C.
19-cr-178
22-cv-3489
Wood, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-three.

Present:
    Joseph F. Bianco,
    Eunice C. Lee,
    Sarah A. L. Merriam,
        *Circuit Judges*.

---

Wolfe Margolies,

    *Petitioner-Appellant*,

v.                                                                                                             23-370

United States of America,

    *Respondent-Appellee*.

---

Appellant moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is GRANTED on the following issues: (1) whether the district court erred in denying Appellant's ineffective assistance of counsel claim concerning the convictions for narcotics conspiracy and possession of child pornography; and (2) whether the district court erred in declining to hold an evidentiary hearing.

                                                FOR THE COURT:
                                                Catherine O'Hagan Wolfe, Clerk of Court

