UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty- three,

_____

Wolfe Margolies,

      Petitioner - Appellant,

v.

United States of America,

      Respondent - Appellee.

_____

**ORDER**
Docket No: 23-370

      Counsel for APPELLANT Wolfe Margolies has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 13, 2023 as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before November 13, 2023. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court