# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

WOLFE MARGOLIES v.

UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**
Docket Number: 23-370

I, Vihang Desai, hereby certify under penalty of perjury that on November 13, 2023, I served a copy of Sealed Appendix
(name) (date) (list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Won S. Shin, Assistant U.S. Attorney | 1 Saint Andrews Plz | New York | NY | 10007 |
| | | | | |
| | | | | |
| | | | | |

11/22/23                                         /s/ Vihang Desai
Today's Date                                     Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form